AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Kayas Alfonso Duncombe and<br>Brandon Nathan Forbes,<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 17-MJ-6186/Valle<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/12/2017__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Did knowingly and willfully conspire to possess with the intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. 70503(a)(1); all in violation of 46 U.S.C. 70506(b). Pursuant to 46 U.S.C. 70506(a), and 21 U.S.C. 960(b)(2)(G), it is further alleged that this violation involved 100 kilograms or more of a mixture and substance containing a detectable amount of marihuana. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Victor E. Lopez, Special Agent/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/13/2017__

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__    Hon. Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

I, Victor Lopez, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with U.S. Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter HSI), and have been so employed since October 2007. I am presently assigned to the Office of the Special Agent in Charge in Miami, Florida, where I am responsible for conducting maritime narcotics smuggling investigations. As a special agent with HSI, I have participated in numerous narcotics investigations involving: physical and electronic surveillance; the control and administration of confidential sources; international drug importations; and domestic drug organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers. I also have spoken on numerous occasions with informants, suspects, and other narcotics investigators concerning the manner, means, methods and practices that drug traffickers use to further the operation of their drug trafficking organizations and the most effective methods of investigating and dismantling drug trafficking organizations.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States Code.

3. The information contained within this Affidavit is submitted for the sole purpose of establishing probable cause to arrest Kayas Alfonso DUNCOMBE and Brandon Nathan FORBES for violating Title 46, United States Code, Section 70506(b), that is knowingly and willingly conspiring to possess with the intent to distribute marijuana, while on board a vessel subject to the jurisdiction of the United States.

4. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation. The facts contained within this Affidavit are based upon my personal knowledge and observations, as well as upon information received in my official capacity from other individuals, including other law enforcement officers and sources involved in this investigation as well as my review of records, documents, and other physical items obtained during the course of this investigation.

5. On or about May 12, 2016, while on routine patrol in the Caribbean Sea, the United States Coast Guard Cutter *Margaret Norvell* (CGC) sighted a 22-foot Cuddy Cabin small fishing vessel (SFV) maneuvering erratically, in international waters and upon the high seas, approximately 16 nautical miles off of Miami, Florida. The CGC set course to intercept the SFV. The CGC activated its emergency lights, hailed the SFV over a maritime radio channel in English and Spanish, and commanded the SFV to stop. The SFV did not stop, instead, the SFV swerved away from the CGC as it accelerated speed, and began to maneuver evasively away from the CGC.

6. The CGC launched a small boat for the purpose of identifying and investigating the SFV. As the small boat approached alongside the SFV, three (3) crew members were observed on board. Florida Vessel registration number FL7634PU was also visible on the SFV. Crew on board the small boat observed FORBES standing directly next to DUNCOMBE, who was the pilot of the vessel.

7. When Coast Guard officers boarded the vessel, approximately 43 packages of marijuana were found inside the cabin of the vessel and 12 packages of

marijuana were found inside of a cooler located in the rear of the vessel. A sample portion of the packages were field tested and tested positive for marijuana. The total weight was approximately 226 kilograms of marijuana.

8. Your Affiant conducted post-*Miranda* interviews of DUNCOMBE and FORBES. DUNCOMBE orally waived his rights and stated that he and FORBES agreed to navigate to Bimini, Bahamas and bring back to Florida approximately 226 kilograms of marijuana. DUNCOMBE also stated that once he and FORBES loaded the marijuana onto the SFV and that he was going to keep 50 pounds of the marijuana as payment.

9. FORBES orally waived his rights and stated that he had borrowed the boat from his cousin to go on a fishing trip to Bimini, Bahamas with DUNCOMBE and that he knew nothing about the narcotic venture.

10. On May 12, 2017, the Coast Guard arrived at Fort Lauderdale, Florida, where DUNCOMBE and FORBES first entered the United States. That same day, the defendants were transported to the Border Patrol Station for processing. Both DUNCOMBE and FORBES were provided written *Miranda* waiver forms, which they both signed. While at the Border Patrol Station, FORBES told your Affiant, post *Miranda*, that he did not want any troubles and wanted to tell the truth about his trip with DUNCOMBE to the Bahamas. FORBES stated that on May 11, 2017, he and DUNCOMBE left from Haulover Marina and navigated to Bimini, Bahamas on board the SFV. FORBES stated that he had borrowed the vessel from his cousin. Also, FORBES stated that once in Bimini, Bahamas he and DUNCOMBE loaded the marijuana on board the SFV.

4

11. Based on the foregoing facts, I submit that the foregoing facts establish probable cause to arrest Kayas Alfonso DUNCOMBE and Brandon Nathan FORBES for violating Title 46, United States Code, Section 70506(b), that is knowingly and willingly conspiring to possess with the intent to distribute marijuana, while on board a vessel subject to the jurisdiction of the United States.

VICTOR LOPEZ, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before
me this 13th day of May 2017.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 17-MJ-6186 /Valle

UNITED STATES OF AMERICA

v.

KAYAS ALFONSO DUNCOMBE and
BRANDON NATHAN FORBES,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:                                               
                       BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 18055
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9168
Fax: (305) 530-7976
Breezye.Telfair@usdoj.gov